DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

Fayun Luo, Individually and on
Behalf of all others Similarily
Situated,
        Plaintiff

v.

Qiao Xing Universal Resources,
Inc. Tui Lin WU and Jiujiu Jiang
        Defendants

Cv. 2012/0045

RECEIVED 2012 JUL 18 PM 4:52 CLERK OF THE DISTRICT COURT ST. CROIX, V.I.

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

THIS MATTER is before the Court on the Motion for Leave to Appear *Pro Hac Vice* [45] of Thomas J. McKenna, Esq., Esquire filed by Natalie Tang-How, Esquire of the Virgin Islands Bar Association pursuant to LRCi 83.1(b)(2) of the Local Rules of Civil Procedure and he has paid the appropriate fee.

The record shows that Attorney McKenna is currently in good standing in the State of New York and his state bar number is 2009546. His admission to represent the movant Robert Reaganis granted.

Attorney Mckenna shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

Page 2
Civil No. 2012/0045

Upon consideration of the motion, it is;

ORDERED that the motion is GRANTED and pursuant to LRCi 83.1()(2) Thomas K. McKenna, Esquire, is admitted pro hac vice to practice before this Court in this case, and he shall appear before this Court in person to take the oath when he is in this jurisdiction.

ENTER:

Dated:   July 17, 2012

*[signature]*
George W. Cannon, Jr.
U.S. Magistrate Judge