IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| FAYUN LUO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ) ) ) Plaintiffs, ) ) ) QIAO XING UNIVERSAL RESOURCES, INC., ) RUI LIN WU, AND JIUJIU JIANG ) Defendant. ) ) | CIVIL NO. 12 - 45 ACTION FOR DAMAGES JURY TRIAL DEMANDED |

### ORDER

This matter is before the Court on behalf of Plaintiff's motion for withdrawal of the Executed Summons (Dockets No. 61 and 61) in the above case. It is hereby;

ORDERED that the motion is GRANTED and Motion for Withdrawal of (Dockets No. 61 and 65) is withdrawn in the above action.

SO ORDERED this 8th day of July 2014.

Dated: July 8, 2014

George W. Cannon, Jr.
Magistrate Judge