Dear sir,

Please accept my apology if the letter bothers you.

My name is Xiaolin Chi, the lead plaintiff of Qiao Xing Universal Resources case (The Case No.: 12-45). I represent all of plaintiffs writing this letter to you. We wish to know when the case will be judged, and whether we can get compensation.

We keep in contact with the lawyer of the Rosen Law Firm. They always told us to wait for the judgment. We know we should be patient, but the long-time waiting makes us miserable. It has been four years since we filed a lawsuit. Many of plaintiffs suffer the risk of bankrupt, since they invested too much in stock Xing but could not get the money back. Qiao Xing case brought nothing but sadness and misery.

The heavy pressure pushes us to send this letter to you. We only know a litter about the legal system of USA. We feel very sorry if the letter bothers you.

Many thanks for your reply.

Best regards,

*Xiaolin Chi*

Xiaolin Chi
Email address: sport-seats@126.com