NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF ST. CROIX

FAYUN LUO,

        Plaintiff,

v.

QIAO XING UNIVERSAL RESOURCES,
RUI LIN WU, JIUJIU JIANG,

        Defendants.

Civ. No. 12-0045

**ORDER**

THOMPSON, U.S.D.J.[1]

    For the reasons set forth in this Court's opinion on this same day,

    IT IS on this 6th day of June, 2017,

    ORDERED that Plaintiff's motion for class certification (ECF No. 78) is GRANTED; and it is further

    ORDERED that this action is certified as a Class Action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3); and it is further

    ORDERED that the "Class" of plaintiffs is defined as follows: all persons and entities that purchased or otherwise acquired the common stock of Xing during the period from May 26, 2010 to April 16, 2012, both dates inclusive, and excluding Defendants, members or immediate families of individual Defendants, any entity that directly or indirectly controls or is controlled by, or is under common control with, any Defendant, and the present and former officers,

---

[1] The Honorable Anne. E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.

directors, employees, affiliates, legal representatives, heirs, processors, successors, and assigns of individual Defendants and/or Xing; and it is further

ORDERED that Plaintiff Xiaolin Chi shall serve as lead plaintiff and Plaintiffs Fayun Luo and Kunwar Saktawat as named plaintiffs; and it is further

ORDERED that The Rosen Law Firm, P.A., located at 275 Madison Avenue, 34th Floor, New York, New York be and hereby is appointed as lead counsel and class counsel and The Law Offices of K. A. Rames, P.C. located at 2111 Company Street, Suite 3, St. Croix, Virgin Islands be and hereby is appointed liaison class counsel for all purposes in this action; and it is further

ORDERED that Plaintiff propose the form and manner of providing notice in accordance with Rule 23(b)(3), and, within twenty-one (21) days of the date of this order, shall submit to the Court for approval their proposal for notice to the Class; and it is further

ORDERED that Plaintiffs' Application for Default Judgment (Document No. 78) is DENIED WITHOUT PREJUDICE. Class counsel shall file a renewed motion for default judgment within fourteen (14) days following the expiration of the deadline for opting out of the class action.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.