## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| XIAOLIN CHI and FAYUN LUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>QIAO XING UNIVERSAL RESOURCES, INC., RUI LIN WU, ZHI YANG WU, JIUJIU JIANG, and AIJUN JIANG,<br><br>Defendants. | CASE No.: 1:12-cv-00045-WAL-GWC<br><br>CLASS ACTION |

**CLASS REPRESENTATIVE'S MOTION FOR DEFAULT JUDGMENT**

**LAW OFFICES OF K. A. RAMES, P.C.**
2111 Company Street, Suite 3
St. Croix, VI 00820
Telephone: (340) 773-7284
Fax: (340) 773-7282

*Liaison Class Counsel*

**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Class Counsel*

1

PLEASE TAKE NOTICE that Class Representative Xiaolin Chi ("Chi" or "Class Representative"), by and through his counsel, The Rosen Law Firm, P,A, and the Law Offices of Kevin A Rames, P.C., respectfully move this Court, before the Honorable Anne E. Thompson, United States District Judge, for an Order:

(a) pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a default judgment against Defendants Qiao Xing Universal Resources, Inc. ("Xing"), Rui Lin Wu ("R. Wu"), Zhi Yang Wu (Z. Wu"), and Jiujiu Jiang ("Jiang") for eleven million seventy four thousand, two hundred and one dollars (**$11,074,201**); and

(b) granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Class Representative submits herewith:

(1) a Memorandum of Law in Support of Class Representative's Motion for Default Judgment;

(2) the Declaration of Kevin Rames and exhibits attached thereto; and

(3) the Report of Dr. Adam Werner and exhibits attached thereto.

Dated: November 21, 2017    Respectfully submitted,

**LAW OFFICES OF K. A. RAMES, P.C.**

*/s/ Kevin A. Rames, Esq.*
\2111 Company Street, Suite 3
St. Croix, VI 00820
Telephone: (340) 773-7284
Fax: (340) 773-7282
kevin.rames@rameslaw.com

*Liaison Class Counsel*

2

3

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this, the 21st day of November, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Kevin A. Rames*