NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

FAYUN LUO,

        Plaintiff,

        v.

QIAO XING UNIVERSAL RESOURCES,
RUI LIN WU, JIUJIU JIANG,

        Defendants.

Civ. No. 12-0045

**ORDER**

THOMPSON, U.S.D.J.[1]

    This matter comes before the Court upon Plaintiff's Motion for Default Judgment and accompanying application for damages. (ECF No. 93.)

    WHEREAS the Court has granted the Motion for Default Judgment (ECF Nos. 95, 96) and heard oral argument regarding Plaintiff's application for damages on May 1, 2018,

    IT IS on this ____ day of May, 2018,

    ORDERED that Plaintiff's application for damages is GRANTED; and it is further

    ORDERED, ADJUDGED, and DECREED that Defendants Qiao Xing Universal Resources, Inc., Rui Lin Wu, Zhi Yang Wu, and Jiujiu Jiang (collectively, "Defendants") are jointly and severally liable for damages in the amount of $11,074,201; and it is further

    ORDERED that Plaintiff must serve additional notice of this Order upon Defendants.

                                                            ANNE E. THOMPSON, U.S.D.J.

---

[1] The Honorable Anne. E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.